IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UPM RAFLATAC, INC., | Civil Action No.: 16–6392 |
| Plaintiff, | Hon. Jan E. Dubois |
| v. | |
| NATIONAL LABEL COMPANY, INC. | |
| Defendant. | |

FILED
MAY 26 2017
KATE BARKMAN, Clerk
By_____ Dep. Clerk

## JUDGMENT

AND NOW, this 26th day of May, 2017, upon consideration of the parties' stipulation for the entry of judgment; it is hereby ORDERED and ADJUDGED that:

Judgment is entered in favor of plaintiff UPM Raflatac, Inc. against defendant National Label Company, Inc. for the sum of $4,370,672.94, together with prejudgment interest at the rate of six per cent (6%) per annum from January 7, 2016, in the amount of $362,825.73, making in all the sum of $4,733,498.67, with interest continuing to accrue at the rate of six per cent (6%) per annum from the entry of this judgment until the judgment is fully satisfied. UPM Raflatac, Inc. and its successors and assignees shall have immediate execution on this judgment and the Court shall retain non-exclusive jurisdiction over this matter for all purposes related to the enforcement of the judgment until the judgment is paid in full.

BY THE COURT:

*Jan E. DuBois*
JAN E. DUBOIS
United States District Judge